## H. E. (Hank) CHAPMAN, Appellant, v. UNITED STATES of America.

### No. 9828.

Circuit Court of Appeals, Eighth Circuit.

March 17, 1934.

Vernon W. Lynch, of Des Moines, Iowa, William P. Welch, of Logan, Iowa, and Charles J. Southard and Eugene D. O'Sullivan, both of Omaha, Neb., for appellant.

R. W. Colflesh, U. S. Atty., of Des Moines, Iowa, for the United States.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.